FILED
APR 24 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | 09-62581 Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS v. CERTAIN DEFENDANTS | Transferor District Court District of Delaware |

# O R D E R

**AND NOW**, this **22nd** day of **April 2009** it is hereby **ORDERED** that counsel in the cases listed in Exhibit "A", attached, will be required to hold a discovery planning conference, pursuant to Fed. R. Civ. P. 26(f), and submit to the Court a Fed. R. Civ. P. 26(f)(3) discovery plan by June 7th, 2009.

It is further **ORDERED** that this discovery plan shall adhere to the format of the "discovery plan template", attached as Exhibit "B".[1]

1. The Court has set presumptive deadlines of 120 days for completing discovery, and 30 days for each additional step of trial preparation thereafter.

2. If the parties fail to submit a discovery plan to the Court by June 21st, 2009, a scheduling order will be entered by the Court imposing the presumptive deadlines in the case.

3. If the parties wish to deviate from the presumptive

---

[1] Copies of the "discovery plan template" will also be available on the MDL 875 website, available at www.paed.uscourts.gov/mdl875.asp.

deadlines, parties must submit either a written stipulation signed by all parties modifying the presumptive deadlines or an individual request to deviate from the presumptive deadlines. If good cause is shown, the Court will adopt the stipulation of the parties or grant the individual request.

4. The agreed upon discovery plan, once completed, must be electronically filed in the Eastern District of Pennsylania. In the event that the case does not have an individual Eastern District of Pennsylvania civil action number, the discovery plan must be filed electronically on the original docket in the transferor district court.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

**EXHIBIT "A"**

DISTRICT OF DELAWARE

| Name | Case No. 1 | Case No. 2 |
|---|---|---|
| Herbert Pease | 2:09-cv-62581 | 1:08-cv-00624 |
| James Rea | 2:07-cv-63027 | 1:06-cv-00668 |
| Richard Agee | 2:07-cv-63027 | 1:06-cv-00668 |
| Nathan Redwine | 2:07-cv-63027 | 1:06-cv-00668 |
| Sheran Keller | 2:07-cv-63027 | 1:06-cv-00668 |
| Fred McDonell | 2:07-cv-63027 | 1:06-cv-00668 |
| James Kirk | 2:07-cv-63027 | 1:06-cv-00668 |
| Jack Rodgers | 2:07-cv-63027 | 1:06-cv-00668 |
| John Barton | 2:07-cv-63027 | 1:06-cv-00668 |
| Tom Dabbs | 2:07-cv-63027 | 1:06-cv-00668 |
| Jack Jones | 2:07-cv-63027 | 1:06-cv-00668 |
| John Colbert | 2:07-cv-63027 | 1:06-cv-00668 |
| James Weathers | 2:07-cv-63027 | 1:06-cv-00668 |
| Richard Taylor | 2:07-cv-63027 | 1:06-cv-00668 |
| Norman Brasher | 2:07-cv-63027 | 1:06-cv-00668 |
| Gilbert Hostetler | 2:07-cv-63027 | 1:06-cv-00668 |
| Elmer Staton | 2:07-cv-63027 | 1:06-cv-00668 |
| Ben Tipton | 2:07-cv-63027 | 1:06-cv-00668 |
| James Hamby | 2:07-cv-63027 | 1:06-cv-00668 |
| Charles Snider | 2:07-cv-63027 | 1:06-cv-00668 |
| Joseph Blau | 2:07-cv-63027 | 1:06-cv-00668 |
| James Hobgood | 2:07-cv-63027 | 1:06-cv-00668 |
| James Hogan | 2:07-cv-63027 | 1:06-cv-00668 |
| Lloyd Fuqua | 2:07-cv-63027 | 1:06-cv-00668 |
| Bradley Bishop | 2:07-cv-63027 | 1:06-cv-00668 |
| Delbert Potter | 2:07-cv-63027 | 1:06-cv-00668 |
| Clarence Sharp | 2:07-cv-63027 | 1:06-cv-00668 |
| Ellen Moss | 2:07-cv-63027 | 1:06-cv-00668 |
| Cecil Davison | 2:07-cv-63027 | 1:06-cv-00668 |
| Lester Sartain | 2:07-cv-63027 | 1:06-cv-00668 |

EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASPESTOS PRODUCTS :
LIABILITY LITIGATION (No. VI) : Consolidated Under
: MDL DOCKET NO. 875
PLAINTIFF :
: Civil Action No.
v. : _____
:
CERTAIN DEFENDANTS :

DISCOVERY PLAN TEMPLATE

Plaintiff Name(s) _____

E.D. Pa Case No. _____

Transferor Case No. (If no E.D. Pa No.) _____

Date that claim was originally filed _____

Plaintiff's Disease _____

1. All discovery must be completed by: **[Presumptive 120 days from date of 26(f) conference]**_____.

2. Plaintiff's expert reports must be filed by: **[Presumptive: 30 days from deadline in 1]**_____.

3. Defendant's expert reports must be filed by: **[Presumptive: 30 days from deadline in 2]**_____.

4. Rebuttal expert reports must be filed by: **[Presumptive: 30 days from deadline in 3]**. _____.

5. Any dispositive motions must be filed by: **[Presumptive: 30 days from deadline in 4]**. _____.

6. Responses to dispositive motions must be filed by:

[Presumptive: 30 days from deadline in 5]. _____.

7. Replies to responses to dispositive motions, if any, must be filed by: [Presumptive: 30 days from deadline in 6]. _____.

_____                    _____
Plaintiff's Counsel                     Defense Counsel

                                       _____
                                               Date