**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | § § § § § § § § § § § § § | Consolidated Under MDL DOCKET NO. 875 |
| -------------------------- | | |
| This Document Relates to: | | |
| | | Civil Action No. 2:09-cv-62581-ER |
| Herbert Pease | | |
| | | (transferred from |
| v. | | No. 1:08-cv-00624-JAP D (Del.)) |
| | | |
| A.W. Chesterton Co., et al. | | |
| -------------------------- | | |

## JOINT DISCOVERY PLAN

COME NOW Plaintiff Barbara Pease-Kinsey on Behalf of the Estate of Herbert Pease, and Defendants A.W. Chesterton Company, et al., and file this their Joint Proposed Discovery Plan in the above-referenced matter. Attached hereto as Exhibit "A" is the parties' Proposed Discovery Plan.

WHEREFORE, the parties request that this Court enter an order establishing the deadlines outlined in the parties' discovery plan.

Respectfully submitted,

*/s/ G. Sean Jez*
BY: G. Sean Jez, PA # 205330
FLEMING & ASSOCIATES, L.L.P.
1330 Post Oak Boulevard, Ste 3030
Houston, TX 77056
Telephone (713) 621-7944
Fax: (713) 621-9638
Email: sean_jez@fleming-law.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that all Defendants in this matter were served a copy of the parties' Joint Discovery Plan on June 12, 2009, via regular mail, electronic mail or fax, as follows:

    Paul A. Bradley
    MARON MARVEL BRADLEY & ANDERSON, PA.A.
    1201 N. Market Street, Suite 900
    P.O. Box 288
    Wilmington, DE 19801
    **FOR ALL DEFENDANTS**

    */s/ G. Sean Jez*
    G. Sean Jez