# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | **Consolidated Under** |
| ------------------------- | § | **MDL DOCKET NO. 875** |
| | § | |
| **This Document Relates to:** | § | |
| | § | **Civil Action No. 2:09-cv-62581-ER** |
| **Herbert Pease** | § | |
| | § | **(transferred from** |
| **v.** | § | **No. 1:08-cv-00624-JAP D (Del.))** |
| | § | |
| **A.W. Chesterton Co., et al.** | § | |
| ------------------------- | § | |
| | § | |

## DISCOVERY PLAN

Barbara Pease-Kinsey, on Behalf of the Estate of Herbert Pease, Plaintiff.

E.D. Pa Case No.  2:09-cv-62581-ER.

Transferor Case No. No. 1:08-cv-00624-JAP D (Del.)

Date claim originally filed:      August 1, 2008

Plaintiff's Disease:  Mesothelioma.

1.      All fact discovery must be completed by: **November 4, 2009.**

2.      All dispositive motions must be filed by: **December 4, 2009.**

3.      Responses to dispositive motions must be filed by: **January 4, 2010.**

4.      Replies to responses to dispositive motions, if any, must be filed by: **February 3, 2010.**

5.      Plaintiff's expert reports must be filed by: **March 5, 2010.**

2

6.      Defendant's expert reports must be filed by: **April 5, 2010.**

7.      Rebuttal expert reports must be filed by:  **May 5, 2010.**

8.      Expert depositions must be completed by: **June 21, 2010.**

|  |  |
|---|---|
| _/s/ G. Sean Jez_ | _/s/ Paul A. Bradley_ |
| BY:   G. Sean Jez, PA # 205330 | BY:    Paul A. Bradley |
| FLEMING & ASSOCIATES, L.L.P. | MARON MARVEL BRADLEY & ANDERSON, PA. |
| 1330 Post Oak Boulevard, Ste 3030 | 1201 N. Market Street, Suite 900 |
| Houston, TX 77056 | P.O. Box 288 |
| Telephone (713) 621-7944 | Wilmington, DE  19801 |
| Fax:    (713) 621-9638 | **ATTORNEYS FOR DEFENDANTS** |
| Email: sean_jez@fleming-law.com | |
| **ATTORNEYS FOR PLAINTIFF** | |